May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

D. FRED MARTINEZ, Appellant

NO. 14-15-00368-CV                   V.

RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER CONSULTANTS, INC., BRYTEST LABORATORIES, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC., AND LONE STAR INFRASTRUCTURE JOINT VENTURE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.